## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

In Re: The Application of:

JOHN H. MINOR
3382 Co Rd 81
Clanton, AL 35045



### COMPLAINANT

*Note: **Only the paragraphs checked apply to your application**.*

Upon consideration of the application of the complainant, it is ORDERED as follows:

### COURT'S RULING ON YOUR APPLICATION

(✓)*   The application shall be treated as a complaint under one or more of the federal civil rights acts, and deemed filed on the date of application, but an amended complaint, complying with the Federal Rules of Civil Procedure (and, in particular, referring to the federal statute or statutes being invoked) and suitable for service on the defendant[s] named therein, shall be filed with the court within 30 days from the date hereof (unless extended by order of the court), failing which this cause shall be dismissed for want of prosecution. Service of process will not begin until the complaint is amended.

> *If this box is NOT checked, you do not have a case in this court
> and you must take whatever additional steps may be appropriate
> to protect your rights.

### COURT'S RULING ON FILING FEE

(✓)    The application for authorization to commence an action without prepayment of fees, costs or security is **GRANTED.**

( )^   The application for authorization to commence an action without prepayment of fees, costs or security is **DENIED,** and the application/complaint may be dismissed without further notice if the filing fee is not paid within 30 days.

> ^If this box is checked, you must pay the filing fee of $120.00.

( )^^  The application for authorization to commence an action without prepayment of fees, costs or security is PARTIALLY GRANTED and PARTIALLY DENIED. Accordingly, the filing fee is reduced to $.

> ^^If this box is checked and the reduced filing fee is not paid
> within 30 days, the application/complaint may be dismissed
> without further notice.

### COURT'S RULING ON APPOINTMENT OF COUNSEL

(✓)+   The application for appointment of an attorney is **DENIED.**

> +If this box is checked, an attorney will not be appointed for you.

( )++  The application for appointment of an attorney is **GRANTED** and _____ is hereby appointed.

> ++**NOTE TO APPOINTED COUNSEL: Counsel is directed to meet with complainant within 15 days and to take action on his/her behalf as is consistent with Rule 11. Determination on the part of counsel that further action cannot be taken should be promptly communicated to the court in writing.**

( )  The application for appointment of an attorney is **GRANTED** and referred to a Magistrate Judge for selection of an attorney. The 30 days within which the plaintiff must amend the complaint shall run from the date of appointment of counsel for the plaintiff.

clm

DONE and ORDERED on December 26th, 2001.

_____
United States District Judge

United States District Court
Northern District of Alabama
December 28, 2001

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:01-cv-03328

True and correct copies of the attached were faxed or mailed
by the clerk to the following:

    John H Minor
    3382 Co Rd 81
    Clanton, AL   35045