UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


JOHN H. MINOR                                          PLAINTIFF

VS.                                    CIVIL ACTION NO. 4:02CV4LN

EDWARDS ELECTRIC SERVICE                               DEFENDANT


<u>JUDGMENT</u>

For the reasons given in the memorandum opinion and order granting defendant's motion for summary judgment entered in this case on this date, it is hereby

Ordered and adjudged that this action is dismissed.

SO ORDERED AND ADJUDGED this 3rd day of March, 2006.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE